Opinion issued February 13, 2024



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00475-CV

_____

**JIMENA MOLINA-VACAS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF FRANCISCO JAVIER VACAS, DECEASED, MICHAEL VACAS, DAVID VACAS, AND NICOLE VACAS, AS WRONGFUL DEATH BENEFICIARIES OF FRANCISCO JAVIER VACAS, DECEASED, Appellants**

**V.**

**ENI US OPERATING CO., INC., Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-73740-A**

---

**MEMORANDUM OPINION**

This case was previously abated for the parties to finalize a settlement. Appellants have now filed an unopposed motion to dismiss its appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c). Further, although appellants failed to include a certificate of conference in their motion, appellants' motion includes a certificate of service, more than 10 days have passed since the motion was filed, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we reinstate the case, grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Landau and Rivas-Molloy.